No. 373.   COLE ET AL. *v.* ARKANSAS.

Certiorari granted. *Lee Pressman, David*

*Rein* and *Joseph Forer* for petitioners. *Guy E. Williams,* Attorney General of Arkansas, and *Oscar E. Ellis,* Assistant Attorney General, for respondent.